03/24/2006 16:52 FAX 2123502701          CONSTANTINE|CANNON                                    Costel, J
                                                                                               ☒002/002

03/24/2006 11:52 FAX 631 761 0815        LAZER                                                 ☒002

```
                                                    ┌─────────────────────────────┐
                                                    │ USDC SDNY                   │
                                                    │ DOCUMENT                    │
                                                    │ ELECTRONICALLY FILED        │
                                                    │ DOC #: _____              │
UNITED STATES DISTRICT COURT                        │ DATE FILED: 3/27/06         │
SOUTHERN DISTRICT OF NEW YORK                       └─────────────────────────────┘
-------------------------------------------X

SUPREME FOOD SERVICE AG,

                        Plaintiff,                   STIPULATION
                                                     EXTENDING TIME
        - against -                                  TO ANSWER

COMPASS GROUP PLC, ESS (aka EUREST                   Index No. 06-CV-1759 (PKC)
SUPPORT SERVICES), IHC SERVICES, INC.,
PETER HARRIS, ANDREW SEIWERT,
ALEXANDER YAKOVLEV, MOXYCO, LTD, DOUG
KERR, STEVE KEMP, LEN SWAIN, VLADIMIR
KUZNETSOV, NIKAL, LTD, and EZIO TESTA

                        Defendants.
-------------------------------------------X
```

IT IS HEREBY STIPULATED that the time for the defendants IHC Services, Inc. and Ezio Testa to appear, answer, or otherwise respond to the complaint in this matter is extended to and including the 10th day of May, 2006. Defendants IHC Services, Inc. and Ezio Testa hereby admit service of the summons and complaint in this matter.

Dated: Melville, New York
       March 23, 2006

CONSTANTINE CANNON PC                               LAZER, APTHEKER, ROSELLA
                                                    & YEDID, P.C.

By: _____                         By: _____
    Robert L. Begleiter (RB-7052)                       Russell L. Penzer (RLP-4736)
Attorneys for Plaintiff                             Attorneys for defendants
600 Third Avenue                                    IHC Services, Inc. and Ezio Testa
New York, New York 10016                            225 Old Country Road
(212) 687-3000                                      Melville, New York 11747
                                                    (631) 761-0848

                            SO-ORDERED: _____
                                         3-27-06