04/07/2006 13:00 FAX 2123502701          CONSTANTINE|CANNON                      ⌀002/002

04/06/2006 14:26 FAX 631 761 0015    LAZER

```
┌─────────────────────────────────────┐
│ USDC SDNY                ⌀002/002   │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC #: _____            │
│ DATE FILED: 4/10/06                 │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

SUPREME FOOD SERVICE AG,

                    Plaintiff,

- against -

COMPASS GROUP PLC, ESS (aka EUREST
SUPPORT SERVICES), IHC SERVICES, INC.,
PETER HARRIS, ANDREW SEIWERT,
ALEXANDER YAKOVLEV, MOXYCO, LTD, DOUG
KERR, STEVE KEMP, LEN SWAIN, VLADIMIR
KUZNETSOV, NIKAL, LTD, and EZIO TESTA

                    Defendants.

----------------------------------------X

**STIPULATION
EXTENDING TIME
TO ANSWER**

Index No. 06-CV-1759 (PKC)

IT IS HEREBY STIPULATED that the time for the defendants IHC Services, Inc. and Ezio Testa to appear, answer, or otherwise respond to the complaint in this matter is extended to and including the 2nd day of June, 2006. Defendants IHC Services, Inc. and Ezio Testa hereby admit service of the summons and complaint in this matter.

Dated: Melville, New York
       April 6, 2006

CONSTANTINE CANNON PC

By: _____
    Robert L. Begleiter (RB-7052)
Attorneys for Plaintiff
600 Third Avenue
New York, New York 10016
(212) 687-3000

LAZER, APTHEKER, ROSELLA
   & YEDID, P.C.

By: _____
    Russell L. Penzer (RLP-6736)
Attorneys for defendants
IHC Services, Inc. and Ezio Testa
225 Old Country Road
Melville, New York 11747
(631) 761-0848

SO-ORDERED: _____

                                                                                                                    USDJ
                                                                                            4-10-06