UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPREME FOODSERVICE AG,<br><br>              Plaintiff,<br><br>      v.<br><br>COMPASS GROUP PLC, ESS (AKA EUREST SUPPORT SERVICES), IHC SERVICES, INC., PETER HARRIS, ANDREW SEIWERT, ALEXANDER YAKOVLEV, MOXYCO, LTD., DOUG KERR, STEVE KEMP, LEN SWAIN, VLADIMIR KUZNETSOV, NIKAL, LTD. AND EZIO TESTA,<br><br>              Defendants. | Case No. 06 CV 1759 (PKC)<br><br>**RULE 7.1 STATEMENT** |

      PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certify that Compass Group PLC ("Compass") is the parent corporation of Hospitality Holdings Limited, which is the parent corporation of Compass Overseas Holdings No. 2 Ltd., which is the parent corporation of Compass Group International B.V., which in turn is the parent corporation of Eurest Support Services (Cyprus) International Limited, which conducts business using various brands, including Eurest Support Services International and Eurest Support Services Worldwide; that Compass, a publicly held corporation, has no parent corporation; and that Franklin Resources Inc. owned 15.0281% of Compass's stock as of December 14, 2005.

Dated: New York, New York
       May 4, 2006

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: <u>  Richard A. Rosen /s/         </u>
Richard A. Rosen (RR-5132)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Attorneys for Defendants
*Compass Group PLC, Eurest Support Services, Steve Kemp* and *Len Swain*

2

Doc #:NY7:168512.2