Robert L. Begleiter, Esq. (RB-7052)
Yang Chen, Esq. (YC-3782)
Gary J. Malone, Esq. (GM-3119)
Michael C. Rakower (MR-2914)
CONSTANTINE CANNON
450 Lexington Avenue, 17th Floor
New York, NY 10017
(212) 350-2700

*Attorneys for Plaintiff*
*Supreme Foodservice AG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPREME FOODSERVICE AG,

Plaintiff,

-v-

COMPASS GROUP PLC, ESS (A/K/A EUREST SUPPORT SERVICES), IHC SERVICES, INC., PETER HARRIS, ANDREW SEIWERT, ALEXANDER YAKOVLEV, MOXYCO, LTD., DOUG KERR, STEVE KEMP, LEN SWAIN, VLADIMIR KUZNETSOV, NIKAL, LTD., EZIO TESTA, DMITRY YAKOVLEV AND OLGA YAKOVLEV,

Defendants.

Case No. 06 CV 1759 (PKC)

## CERTIFICATE OF SERVICE

**SARA KRIENDLER** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct.

(1)  I am over the age of eighteen and I am not a party to this action.

(2) A true and correct copy of Plaintiff's First Amended Complaint and Jury Demand, along with a copy of this Certificate of Service, was sent on June 1, 2006 via Federal Express overnight delivery to the following individuals, who serve as counsel for each Defendant who has thus far appeared in this case:

Brian E. Mass, Esq.
Frankfurt Kurnit Klein & Selz, PC
488 Madison Avenue
9th Floor
New York, New York 10022
*Attorneys for Defendant Peter Harris*

David Lazer, Esq.
Lazer, Aptheker, Rosella & Yedid, P.C.
Melville Law Center
225 Old Country Road
Melville, New York 11747-2712
*Attorneys for Defendants IHC Services, Inc. and Ezio Testa*

Richard Rosen, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
*Attorneys for Defendants Compass Group PLC, ESS (A/K/A Eurest Support Services), Steve Kemp and Len Swain*

Nicholas Wooldridge, Esq.
Law Offices of Bukh & Associates
1123 Avenue Z
Brooklyn, NY 11235
*Attorneys for Defendants Alexander Yakovlev and Moxyco, Ltd.*

Dated: New York, New York
June 1, 2006

By: _____
Sara Kriendler
*Paralegal*
CONSTANTINE CANNON
450 Lexington Avenue, 17th Floor
New York, NY 10017
(212) 350-2700