UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPREME FOODSERVICE AG,<br><br>                    Plaintiff,<br><br>-v-<br><br>COMPASS GROUP PLC, ESS (A/K/A EUREST SUPPORT SERVICES), IHC SERVICES, INC., PETER HARRIS, ANDREW SEIWERT, ALEXANDER YAKOVLEV, MOXYCO, LTD., DOUG KERR, STEVE KEMP, LEN SWAIN, VLADIMIR KUZNETSOV, NIKAL, LTD., EZIO TESTA, DMITRY YAKOVLEV AND OLGA YAKOVLEV,<br><br>                    Defendants. | Case No. 06 Civ. 1759 (PKC)<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |
| ES-KO INTERNATIONAL, INC.,<br><br>                    Plaintiff,<br><br>-v-<br><br>COMPASS GROUP PLC, ESS SUPPORT SERVICES WORLDWIDE, EUREST SUPPORT SERVICES (CYPRUS) INTERNATIONAL LIMITED, PETER HARRIS, ANDREW SEIWERT, STEVE KEMP, LEN SWAIN, STEVE BICKERSTAFF, DOUG KERR, IHC SERVICES, INC., EZIO TESTA, ALEXANDER YAKOVLEV, DMITRY YAKOVLEV, VLADIMIR KUZNETSOV, and JOHN DOES 1 TO 100.<br><br>                    Defendants. | Case No. 06 Civ. 2422 (PKC) |

PLEASE TAKE NOTICE THAT, whereas no answer or motion for summary judgment has been served, Plaintiff Supreme Foodservice, AG, through its undersigned counsel, hereby dismisses with prejudice its claims against Defendants Compass Group,

83135.1

PLC, ESS Support Services Worldwide, Eurest Support Services (Cyprus) International Limited, Steve Kemp, Len Swain, Andrew Seiwert, Doug Kerr and Peter Harris pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
       November 1, 2006

                      CONSTANTINE CANNON, P.C.

                      By: _____/s/_____
                          Robert L. Begleiter (RB-7052)
                          Gary J. Malone (GM-3119)
                          Yang Chen (YC-3782)
                          Michael C. Rakower (MR-2914)

                    450 Lexington Avenue
                    New York, New York 10017

                    Attorneys for Plaintiff
                    *Supreme Foodservice AG*

83135.1