UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPREME FOODSERVICE AG,

Plaintiff,

-v-

COMPASS GROUP PLC, ESS (A/K/A
EUREST SUPPORT SERVICES), IHC
SERVICES, INC., PETER HARRIS,
ANDREW SEIWERT, ALEXANDER
YAKOVLEV, MOXYCO, LTD., DOUG
KERR, STEVE KEMP, LEN SWAIN,
VLADIMIR KUZNETSOV, NIKAL, LTD.,
EZIO TESTA, DMITRY YAKOVLEV AND
OLGA YAKOVLEV,

Defendants.

ES-KO INTERNATIONAL, INC.,

Plaintiff,

-v-

COMPASS GROUP PLC, ESS SUPPORT
SERVICES WORLDWIDE, EUREST
SUPPORT SERVICES (CYPRUS)
INTERNATIONAL LIMITED, PETER
HARRIS, ANDREW SEIWERT, STEVE
KEMP, LEN SWAIN, STEVE
BICKERSTAFF, DOUG KERR, IHC
SERVICES, INC., EZIO TESTA,
ALEXANDER YAKOVLEV, DMITRY
YAKOVLEV, VLADIMIR KUZNETSOV,
and JOHN DOES 1 TO 100.

Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/06

Case No. 06 Civ. 1759 (PKC)

*Partial*

**NOTICE OF DISMISSAL
WITH PREJUDICE** *as to
Compass Group, ESS Support Services
Worldwide, Eurest Support Services Intl,
Steve Kemp, Len Swain, Andrew Seiwert,
Doug Kerr and Peter Harris*

Case No. 06 Civ. 2422 (PKC)

PLEASE TAKE NOTICE THAT, whereas no answer or motion for summary

judgment has been served, Plaintiff Supreme Foodservice, AG, through its undersigned

counsel, hereby dismisses with prejudice its claims against Defendants Compass Group,

83135.1

PLC, ESS Support Services Worldwide, Eurest Support Services (Cyprus) International

Limited, Steve Kemp, Len Swain, Andrew Seiwert, Doug Kerr and Peter Harris pursuant

to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
         November 1, 2006

                                            CONSTANTINE CANNON, P.C.


                                            By: _____ /s/ _____
                                               Robert L. Begleiter (RB-7052)
                                               Gary J. Malone (GM-3119)
                                               Yang Chen (YC-3782)
                                               Michael C. Rakower (MR-2914)

                                            450 Lexington Avenue
                                            New York, New York 10017

                                            Attorneys for Plaintiff
                                            *Supreme Foodservice AG*

SO ORDERED

USDJ

11-2-06

2

83135.1