USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ES-KO INTERNATIONAL INC.,

          Plaintiff,

-v-

COMPASS GROUP PLC, ESS SUPPORT SERVICES WORLDWIDE, EUREST SUPPORT SERVICES (CYPRUS) INTERNATIONAL LIMITED, PETER HARRIS, ANDREW SEIWERT, STEVE KEMP, LEN SWAIN, STEVE BICKERSTAFF, DOUG KERR, IHC SERVICES, INC., EZIO TESTA, ALEXANDER YAKOVLEV, DMITRY YAKOVLEV, VLADIMIR KUZNETSOV, and JOHN DOES 1 TO 100.

          Defendants.

SUPREME FOODSERVICE AG,

          Plaintiff,

-v-

COMPASS GROUP PLC, ESS (AKA EUREST SUPPORT SERVICES), IHC SERVICES, INC., PETER HARRIS, ANDREW SEIWERT, ALEXANDER YAKOVLEV, MOXYCO, LTD., DOUG KERR, STEVE KEMP, LEN SWAIN, VLADIMIR KUZNETSOV, NIKAL, LTD. AND EZIO TESTA,

          Defendants.

Case No. 06 CV 2422 (PKC)

*PARTIAL*
**NOTICE OF DISMISSAL**
**WITH PREJUDICE** as to Compass Group, PLC, ESS Support Services Worldwide, Eurest Support Services (Cyprus) International Limited, Steve Kemp, Len Swain, Steve Bickerstaff, Andrew Seiwert, Doug Kerr and Peter Harris

Case No. 06 CV 1759 (PKC)

PLEASE TAKE NOTICE THAT, whereas no answer or motion for summary judgment has been served, Plaintiff ES-KO International Inc., through its undersigned counsel, hereby dismisses with prejudice its claims against Defendants Compass Group, PLC, ESS Support Services Worldwide, Eurest Support Services (Cyprus) International Limited, Steve

Kemp, Len Swain, Steve Bickerstaff, Andrew Seiwert, Doug Kerr and Peter Harris pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
October 27, 2006

                                              BROWN RUDNICK BERLACK ISRAELS LLP

                                              By: _____
                                                  Sigmund S. Wissner-Gross (SW-0001)
                                                  May Orenstein (MO-2948)
                                                  Peter Adelman (PA-1562)
                                                  David E. Miller (DM-7179)

                                                  7 Times Square
                                                  New York, New York 10036
                                                  (212) 209-4800

                                                  Attorneys for Plaintiff
                                                  *ES-KO International Inc.*

SO ORDERED.
[signature]
USDJ
1-4-07