UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPREME FOODSERVICE AG,<br><br>Plaintiff,<br><br>-v-<br><br>ALEXANDER YAKOVLEV, MOXYCO, LTD.,<br>DMITRY YAKOVLEV AND OLGA YAKOVLEV.<br><br>Defendants. | Case No. 06 CV 1759 (PKC)<br><br>**NOTICE OF REINSTATEMENT** |

PLEASE TAKE NOTICE THAT, whereas Plaintiff Supreme Foodservice AG ("Supreme") has been unable to complete discovery and schedule the deposition of Defendant Alexander Yakovlev, Plaintiff, through its undersigned counsel, hereby provides notice of reinstatement of its claims against Defendants Alexander Yakovlev, Moxyco, Ltd., Dmitry Yakovlev, and Olga Yakovlev, pursuant to this Court's Order of July 23, 2008.

Dated: New York, New York
       September 4, 2008

CONSTANTINE CANNON LLP

By: _____
Robert L. Begleiter (RB-7052)
Yang Chen (YC-3782)
450 Lexington Avenue, 17th Floor
New York, New York 10017
(212) 350-2700
E-mail: ychen@constantinecannon.com

Attorneys for Plaintiff
Supreme Foodservice AG

105899.1