```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-09
```

EXHIBIT C

SIGMUND S. WISSNER-GROSS (SW-0001)
MAY ORENSTEIN (MO-2948)
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NEW YORK 10036
TELEPHONE: (212) 209-4800
FACSIMILE: (212) 209-4801
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUPREME FOODSERVICE AG,

        Plaintiff,

-v-

IHC SERVICES, INC., EZIO TESTA, ANGELITA
QUINTEROS, GIANDOMENICO PICCO, TORNO
INTERNAZIONALE S.P.A., TORNO S.A.H.,
DARIO FISCHER, ENGELBERT SCHREIBER, JR.,
ALLIANCE INVESTMENT DEVELOPMENT LTD.,
ALEXANDER YAKOVLEV, MOXYCO, LTD.,
VLADIMIR KUZNETSOV, NIKAL, LTD.,
DMITRY YAKOVLEV AND OLGA YAKOVLEV,

        Defendants.

Case No. 06 CV 1759 (PKC)

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE

---

ES-KO INTERNATIONAL INC.,

        Plaintiff,

-against-

IHC SERVICES, INC., IHC SERVICES S.R.L., EZIO
TESTA, ANGELITA QUINTEROS, WILLIAM J.
ETHERSON, GIANDOMENICO PICCO, TORNO
INTERNAZIONALE S.P.A., TORNO S.A.H.,
DARIO FISCHER, ENGELBERT SCHREIBER, JR.,
ALLIANCE INVESTMENT DEVELOPMENT LTD.,
COGIM S.P.A., CORIMEC ITALIANA S.P.A.,
ALEXANDER YAKOVLEV, DMITRY
YAKOVLEV and JOHN DOES 1 TO 100,

        Defendants.

Case No. 06 CV 2422 (PKC)

1

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel to plaintiff ES-KO International Inc. ("Plaintiff") and defendants Alexander Yakovlev and Dmitry Yakovlev (collectively, the "Defendants") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed without prejudice as to the Defendants in accordance with the parties' settlement agreement, and without costs or fees to any party.

*CASE IS CLOSED, ALL MOTIONS ARE TERMINATED*

Dated: New York, New York
July 8, 2009

BROWN RUDNICK LLP

By: _____
Sigmund S. Wissner-Gross (SW-0001)

Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: swissnergross@brownrudnick.com

*Attorneys for Plaintiff
ES-KO International Inc.*

LAW OFFICES OF BUKH & ASSOCIATES

By: _____
Nick R. Wooldridge

1123 Avenue Z
Brooklyn, New York 11235
Telephone: (718) 376-4766
Facsimile: (718) 376-3033
Email: nickwooldridge@yahoo.com

*Attorneys for Defendants Alexander Yakovlev
and Dmitry Yakovlev*

SO ORDERED:
_____
U.S.D.J.

8-19-09

12